IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CR-210 HEA |
| ROBERT STILLWELL, | ) |
| Defendant. | ) |

**SENTENCING MEMORANDUM**

Defendant Robert Stillwell, through Assistant Federal Defender Kevin Gau, respectfully asks the Court, in its analysis of the many sentencing factors under 18 U.S.C. § 3553(a), to consider the following:

Mr. Stillwell is 67 years old, and this is his first and only criminal conviction.

Mr. Stillwell's health is rapidly declining. Mr. Stillwell has been in federal custody since May 8, 2024, when he was writ in from the St. Charles County Detention Center. Since his incarceration, he has had worsening problems with his heart, diabetes, and high blood pressure, and is no longer able to walk. In February this year, United States Marshals arranged for Mr. Stillwell's treatment at a hospital near the Grayson County Detention Center in Leichtfield, Kentucky, for heart problems (paroxysmal atrial fibrillation).

Mr. Stillwell has consented to publication in this unsealed memorandum of the various diagnoses made by Owensboro Health Hospital, in Owensboro, Kentucky, where he was treated in February, to establish the nature of his failing health and assist the

Bureau of Prisons in assigning an appropriate Federal Medical Center facility within its system:

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 02/27/2025 1335 | Discharged/transferred To Court/law Enforcement | Prison | None | Owensboro Health Regional Hospital Echo |

**Admission Diagnoses / Reasons for Visit (ICD-10-CM)**

| Code | Description | Comments |
|---|---|---|
| I48.0 | Paroxysmal atrial fibrillation | |

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| I48.0 [Principal] | Paroxysmal atrial fibrillation | Yes | | No | Yes |
| I50.21 | Acute systolic (congestive) heart failure | Yes | MCC | No | |
| I5A | Non-ischemic myocardial injury (non-traumatic) | Yes | CC | No | No |
| L97.528 | Non-pressure chronic ulcer of other part of left foot with other specified severity | Yes | CC | No | |
| J98.11 | Atelectasis | Yes | CC | No | No |
| L03.116 | Cellulitis of left lower limb | Yes | CC | No | |
| I47.20 | Ventricular tachycardia, unspecified | Yes | | No | |
| E83.51 | Hypocalcemia | Yes | | No | |
| E11.628 | Type 2 diabetes mellitus with other skin complications | Yes | | No | |
| M06.9 | Rheumatoid arthritis, unspecified | Yes | | No | |
| D53.9 | Nutritional anemia, unspecified | Yes | | No | |
| I08.1 | Rheumatic disorders of both mitral and tricuspid valves | Yes | | No | |
| E11.621 | Type 2 diabetes mellitus with foot ulcer | Yes | | No | |
| E11.649 | Type 2 diabetes mellitus with hypoglycemia without coma | No | | No | |
| R19.7 | Diarrhea, unspecified | Yes | | No | |
| F17.210 | Nicotine dependence, cigarettes, uncomplicated | Yes | | No | |
| Z79.4 | Long term (current) use of insulin | Exempt from POA reporting | | No | |
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | Yes | | No | |
| I25.5 | Ischemic cardiomyopathy | Yes | | No | |
| K80.20 | Calculus of gallbladder without cholecystitis without obstruction | Yes | | No | |
| I48.20 | Chronic atrial fibrillation, unspecified | Yes | | No | |
| Z79.52 | Long term (current) use of systemic steroids | Exempt from POA reporting | | No | |
| I49.3 | Ventricular premature depolarization | Yes | | No | |
| R74.01 | Elevation of levels of liver transaminase levels | Yes | | No | |
| Z79.01 | Long term (current) use of anticoagulants | Exempt from POA reporting | | No | |

Mr. Stillwell does not wish to minimize his conduct in any way but asks the court to consider that due to his age and failing health, any time served for him will be

2

substantially more onerous, day-for-day, than a younger man serving the same sentence for the same conduct.  Furthermore, it seems likely any lengthy sentence makes it likely he will die in prison.  Mr. Stillwell knows he must answer for his sins and prays his victims will, in time, heal.  It is only for his age and seriously declining health that he now asks for a 22-year sentence instead of a 30-year sentence proposed by the Government.

Respectfully submitted,

*/s/ Kevin B. Gau*
KEVIN B. GAU #51595MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Gau@fd.org
ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, the foregoing was filed with the Clerk of the Court through the Court's electronic filing system and served thereby upon Jillian S. Anderson, Assistant United States Attorney.

/s/ *Kevin B. Gau*
KEVIN B. GAU
Assistant Federal Public Defender