We as a family, the H▊ family, never thought we'd be involved in this kind of trial, let alone we never ever thought that something like this would happen to our kids. We always told ourselves that we'd always be able to identify the people with bad intentions and we'd make sure to stop any further contact. We always thought we had our radars on, and that we would know if anything happens. We all had a very strong and safe mindset before all of this, We never felt unsafe or unhappy. We never just trusted anyone with our kids, we usually only have family watch them. Before my mothers passing she watched them 5 to 6 days. After she passed we were pressed to find a solution. We had to find someone who could watch them and who we could afford. That's when we talked to our old neighbors Robert and S▊ stillwell about watching them while we worked. We asked them because our kids were already comfortable with them and had spent the night there in the past. They had a grandson that lived there in their house because they had custody of him (c▊). We had been neighbors for around 4 to 5 years and after we moved still kept in contact with them our kids called them grandma and grandpa. Which

only made us feel like this was a good and safe route to go. Our kids also were begging us to go over there alot because they had alot of fun things to do, due to C▮ living there. They watched our kids together for about 1 year and half. Then the out of the blue they separate and we were told (by him) that it's because she was crazy and that she had been cheating on him. He also made us feel sorry for him by saying how she left and took C▮ and that he'd never see them again, she did this on Christmas of either 2021 or 2022. So it being Christmas we invited him over and while celebrating Christmas together we talked and he kinda made us feel like he needed us in his life so he wouldn't "die" alone. We still needed daycare and he needed friends and family. The kids also kept saying that they loved going to grandpa's house so we felt it was okay. Little did we know that we were going to regret that decision with every ounce of our being. We invited this monster to every holiday and family event that we had, to make him feel like he wasn't "alone". We even went on vacation eith him to Branson.... This monster was able to con and lie and stow away his horrible secret that only God knows truly how long he's

been doing the Satan's work. All I know is out of nowhere we started getting little bits and pieces of him surfacing occasionally and we really started to wonder what's going on with this guy he's kinda acting strange, like nothing to crazy where we felt their safety was gonna be in danger or anything. Just little things he would say felt off. Then Christmas of 2023 it was December 22nd 2023 as I will never forget this day because this day is the worst day of our lives. A ▇▇▇▇ was in the kitchen at home with mom and dad cooking cookies for Santa, when our strong and amazing 6 to 7 year old daughter looks up at us and asks about drs and wether or not they prescribe urine and feces as a medicine for people to take when they have diabetes... As parents we really wasn't prepared for that question, so I asked her to sit down and repeat the question. She froze with tears in her eyes and said sorry I don't want to get him trouble.. that's when mom asked who are you talking about.... are you talking about grandpa(robert). She just got quite her eyes got big and she went pale and was shaking and started to ball her eyes out. I felt my insides boiling with betrayal and anger and pain and sadness. I wanted to go to his house in

fact I was on my way out the door when mom stopped me reminding me of the consequences of handling it myself... We lost so much that day when we found this all out. I can't describe the amount of guilt that we feel as parents. We both had to quit our jobs in order to find employment that was more understanding as to what is going on in our lives, we were making 22 an hour at Amazon, no we both work for way less, she's making 16 an hour as a daycare cook(had to do this so we can have our 2 year old watched) since we no longer trust ANYONE mom has to be at the daycare while f█████ is. We didn't even know that he had been doing this to our other daughter as well until 3 months later when I got call from the detective, it was like reliving it all over again.. this stuff hasnt left our minds. Its changing the dynamic of our family. One of the worst parts of all this is that he knows we were terrified of this very thing happening to our kids we literally had tlked about it in the past about how this very thing hsppened fk mom(m█████) as a child and her family never sought out therapy. He knew that this happened to m█████. This entire thing has almost killed our whole family, we never used to even argue before and now

we fight and argue over everything. We all have been fighting our depression since that day. our lives have been horrible, we are behind on alot of bills had to live off credit cards we've lost so much due to it all being at his house. When he got arrested but somehow his wife caught wind of him being arrested and wasted no time she drove in from Kansas city just to sell everything even our belongings out that house, she hadn't even been there for well over a year and nothing there was important to her bc she sold it all. She only wanted money, never once reached out to us about anything.... my kids called her grandma and she "loved" it... so she revictemized us all over again by selling all our stuff that we had there as storage. It's really hard to sit here and think of the ways that this all has impacted us because there is so many different ways it's impacted us. We the H█████ are a strong and rugged bunch,  so we will survive it and just keep truckin along. I hope tht, he personally is never able to leave his prison cell. I also want him to live for as long as possible so he can be miserable in the pen, like we have had to live.

Thank you Judge.